**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **All In Enterprises, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Guardian Mite Spray** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4794460** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5024 Willow Creek Road, Unit E** <br> **Machesney Park, IL 61115** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Winnebago** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **guardianms.rockfordhost.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **All In Enterprises, Inc.**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **All In Enterprises, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **All In Enterprises, Inc.**                                                    Case number (*if known*) _____
      Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  8, 2016**
      MM / DD / YYYY

**X** **/s/ Michael Delamater** _____        **Michael Delamater** _____
      Signature of authorized representative of debtor        Printed name

Title    **Secretary** _____

**18. Signature of attorney**

**X** **/s/ Jason H. Rock** _____        Date **August  8, 2016** _____
      Signature of attorney for debtor        MM / DD / YYYY

**Jason H. Rock** _____
Printed name

**BARRICK SWITZER LAW OFFICE** _____
Firm name

**6833 Stalter Drive**
**Rockford, IL 61108** _____
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

_____
Bar number and State

Debtor 1   **Nguyet T Ngo**

Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Nguyet Ngo*

**Nguyet T Ngo**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **August 2, 2016**
              MM / DD / YYYY

Executed on   _____
              MM / DD / YYYY

---

**Fill in this information to identify your case:**

Debtor 1     Nguyet T Ngo
          First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)     First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice,*
                                               *Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x *Nguyet Ngo*                  x _____
**Nguyet T Ngo**
Signature of Debtor 1                         Signature of Debtor 2

Date   **August 2, 2016**                   Date _____

Official Form 106Dec                  Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Debtor 1   **Nguyet T Ngo**                                                    Case number *(if known)*

---

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Nguyet Ngo*

**Nguyet T Ngo**                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **August 2, 2016**                            Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Debtor 1    **Nguyet T Ngo**                                                Case number *(if known)*

name:                                          ☐ Retain the property and redeem it.          ☐ Yes
                                               ☐ Retain the property and enter into a
Description of                                    *Reaffirmation Agreement.*
property                                       ☐ Retain the property and [explain]:
securing debt:

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X *Nguyet T Ngo*                                          X
**Nguyet T Ngo**                                             Signature of Debtor 2
Signature of Debtor 1


Date    **August 2, 2016**                                  Date

Debtor 1    **Nguyet T Ngo**                                                            Case number *(if known)* _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8.  **Unemployment compensation**                                                $ ____0.00    $ ____0.00

    Do not enter the amount if you contend that the amount received was a benefit under
    the Social Security Act. Instead, list it here:

    For you                                          $ ____0.00

    For your spouse                                  $ ____0.00

9.  **Pension or retirement income.** Do not include any amount received that was a    $ ____0.00    $ ____0.00
    benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act or payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism. If necessary, list other sources on a separate page and put the
    total below.

    _____                 $ ____0.00    $ ____0.00
    _____                 $ ____0.00    $ ____0.00

    Total amounts from separate pages, if any.      + $ ____0.00    $ ____0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for    $ ____0.00  + $ ____0.00  = $ ____0.00
    each column. Then add the total for Column A to the total for Column B.

                                                                                                        **Total current monthly**
                                                                                                        **income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11            Copy line 11 here=>    $ ____0.00

         Multiply by 12 (the number of months in a year)                                      x 12

    12b. The result is your annual income for this part of the form                    12b.    $ ____0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.                         IL

    Fill in the number of people in your household.              2

    Fill in the median family income for your state and size of household.             13.    $ ____63,896.00
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions
    for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a.  ■  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
             Go to Part 3.

    14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
             Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x _N̄guyet Ngo_

**Nguyet T Ngo**
Signature of Debtor 1

Date  **August 2, 2016**
      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Nguyet T Ngo

Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    17

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August  2, 2016

Nguyet N Go

Nguyet T Ngo
Signature of Debtor

**Fill in this information to identify the case:**

Debtor name     **All In Enterprises, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August  8, 2016**          X **/s/ Michael Delamater**
                                              Signature of individual signing on behalf of debtor

                                              **Michael Delamater**
                                              Printed name

                                              **Secretary**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **All In Enterprises, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................   $       **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................   $       **11,550.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................   $       **11,550.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $       **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $       **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$       **33,950.00**

4.   Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b                    $       **33,950.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **All In Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase Bank, N.A.** | **Business checking** | 9678 | $1,300.00 |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                                    $1,300.00
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **All In Enterprises, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

<span style="background:black;color:white">Part 5:</span> **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **80 to 100 cases of recalled Guardian pesticide** | | **Unknown** | | **Unknown** |
| **25 gallons of cinnamon** | | **$2,000.00** | | **$2,000.00** |
| **Boxes of 32 oz. plastic bottles** | | **$250.00** | | **$250.00** |

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$2,250.00** |

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

<span style="background:black;color:white">Part 6:</span> **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 7:</span> **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 8:</span> **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                   page 2

| Debtor | **All In Enterprises, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. Corporate automobile | $7,000.00 | | $7,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Product labeler | $1,000.00 | | $1,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$8,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **All In Enterprises, Inc.** _____    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,250.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,550.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,550.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **All In Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **All In Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address
**Abbie Ferguson**
**5320 Colorado Ave Unit B**
**Washington, DC 20011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**   Nonpriority creditor's name and mailing address
**Adam Price**
**41501 Sandlewood PL**
**Lancaster, CA 93536**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**   Nonpriority creditor's name and mailing address
**Adrian Blackwell**
**3201 E. Mulberry Unit K.**
**Fort Collins, CO 80524**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address
**Ahren Osterbrink**
**1509 W 5th Ave**
**Eugene, OR 97402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     21001     Best Case Bankruptcy

| Debtor | All In Enterprises, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ajs Gardening**
**P.O. Box 6**
**Aberdeen, WA 98520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Ganos**
**4543 S. Pacific Hwy**
**Pheonix, OR 97535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alonso Perey**
**14331 Brady Rd**
**Grass Valley, CA 95945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Walker**
**10050 Arapahoe Road**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew C. DeWeese**
**4531 SE Belmont S. #207**
**Portland, OR 97215**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Attorney for Bradley Lillie, 16-CV-04027, pending litigation in Multnomah County, Oregon**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Deslauriers**
**P.O. Box 870207**
**Wasilla, AK 99687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Holley**
**9732 Bienville Ave**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Annette Laurie
3615 N Arlington Place
Portland, OR 97217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Anthony Ferro
12117 Clover Creek Drive SW
Lakewood, WA 98499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Anthony Prince
15 Conchita Ct
Pacifica, CA 94044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ashley Beaudoin
35 NW Bond
Bend, OR 97703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Attorney Andrew C. DeWeese
4531 SE Belmont Street, Suite 207
Portland, OR 97215

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Attorney for Benjamin Efran, Multnomah County,
State of Oregon, Case No. 16CV22272

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Baker Botanicals
3797 10th Street
Baker City, OR 97814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Battle Born Hydroponics
1630 Merchant St.
Sparks, NV 89431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bayside Garden Supply**
**4061 Hwy 101 Suite 6**
**Eureka, CA 95503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Campbell**
**P.O Box 3205**
**Kerby, OR 97531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Wilkes**
**28 Little Lane**
**Chatham, MA 02633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bend Indoor Garden Station**
**35 NW Bond Street**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Campbell**
**P.O Box 3205**
**Kerby, OR 97531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bernie Silvers**
**P.O. Box 55**
**Kit Carson, CO 80825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Billy Bohard**
**2771 Covington Way**
**Montrose, CO 81401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Biological Crop Solutions**
**4543 S. Pacific Hwy.**
**Phoenix, OR 97535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Bloom Garden Supply**
**518 NE 20th Avenue**
**Portland, OR 97232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Bloom Garden Supply**
**518 NE 20th Ave**
**Portland, OR 97232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Bonny Fleuscher**
**3530 Ridgeland RD**
**Davie, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Boris Gorovatsky**
**7650 Lankershim Blvd**
**North Hollywood, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Boris Nizon**
**4701 Grand Ave**
**Ojai, CA 93023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Brad Barker**
**8607 Cord Dr**
**Paso, WA 99301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All In Enterprises, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon Hermansley**
**460 N. Switzer Canyon Rd**
**Flaggstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon Key**
**3413 Ellis Park DR**
**Burton, MI 48519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon Pappas**
**5225 Columbia Road**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brian Baca**
**99 Clear Creek Loop**
**Durango, CO 81301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brian Bingoso**
**8654 SE 155 Ave**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brian Gabriel**
**29700 SE High Way Point Way**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brian Miller**
**18001 Lathers**
**Livonia, MI 48152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Reiter**
**5485 SE 65th Ave**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Thrasher**
**8793 Hemet Street**
**Hesperia, CA 92344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caged Tomato**
**P.O. Box 137171**
**Fort Worth, TX 76136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlee Fiedor**
**9810 Tieton Dr**
**Yakima, WA 98908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Stricker**
**6850 N Interstate Ave**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Caryn Fieger**
**P.O.Box 884**
**Brandon, OR 97411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chad Northcraft**
**130 NE Jorgen St**
**Winston, OR 97496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Arnold**
**409 Middle St.**
**Chelsea, MKI 48118-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Turcich**
**11601 Wilshire Blvd Suite 950**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chetan Ranchod**
**25 North Via Monte**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christi LeBlanc**
**1919 Cielo Oeste Pl NW**
**Albuquerque, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clay Knight**
**26140 Calvert Ave**
**Hemet, CA 92545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cody Buck**
**260 Cobalt St**
**Obrien, OR 97534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cole Whitaker**
**2694 CR 222 Unit B**
**Durango, CO 81303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **All In Enterprises, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Craig Medley**
**1343 Commercial St. SE**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Goodrich**
**6526 Hosmer Ave**
**Cleveland, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel McLean**
**8627 Monument Dr**
**Grants Pass, OR 97526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dave Spillman**
**1250 N Plaza Way Ste A**
**Flaggstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David**
**6511 Ebensburg Ln**
**Dublin, CA 94569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Grossman**
**7113 N Standard St**
**Spokane, WA 99208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Walton**
**2309 E. Galbraith Rd**
**Cincinati, OH 45327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Debbie Crowley**
**233 SE 130th Dr**
**South Beach, OR 97366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Debra St Claire**
**1170 Dixon Rd**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Deva Mcadams**
**741 Kerryjen Ct Apt B**
**Redding, CA 96002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dimitry Ginpilson**
**15640 Hillview Lane**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Don Edwards**
**1564 Burns St**
**West Linn, OR 97068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Donna West**
**16650 Union St. #7**
**Victoriaville, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Doug Demers**
**1631 Lysander**
**Detroit, MI 48208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Drashon Thomas**
**131 Kramer St**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Drew Miller**
**3201 E. Mulberry Unit K.**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dyran Stalling**
**262 New Blossom St**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ed Bernal**
**2180 Lassen Suite A**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Waldron**
**3446 Golden Sage Dr**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edwin DePrist**
**206 Crest Drive**
**Log Lane Village, CO 80705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emerald Valley Gardens**
**88680 McVay Hwy.**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Petty**
**1103 Darnaby Way**
**Orlando, FL 32824**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Sudall**
**130 Garden St**
**Lansing, MI 48910**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**G. Paxton**
**313 Thayer Drive**
**Richland, WA 99352**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gail Smith**
**2660 Fredrick Douglas Blvd #19L**
**New York, NY 10030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Garrett Haag**
**9780 SW 90th Ave**
**Portland, OR 97223**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Garrett Miller**
**8333 Kamelia Court**
**Elk Grove, CA 95624**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**George Jones**
**14918 Davis Ave**
**Davis, CA 95422**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerardo Merino**
**9273 Nugent Trail**
**West Palm Beach, FL 33411**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Graham Reed**
**P.O. Box 4316**
**Basalt, CO 81621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Green Solutions**
**628 SW Glacier Ave Ste 150**
**Redmond, OR 97756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Green Solutions Garden Supply**
**628 SW Glacier Avenue**
**Redmond, OR 97756**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Green Spot**
**711 State Ave**
**Alamosa, CO 81101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregory Waits**
**2855 Cooks Road**
**Santa Fe, NM 87507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Griselda Mariscal**
**110 Woodland Trail**
**Gun Barrel City, TX 75156**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grow World**
**17410 SE Division Street**
**Portland, OR 97236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grow World**
**17410 SE Division Street**
**Portland, OR 97236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herbert Carver**
**4532 SE 63rd Ave**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Vancil**
**54 Gray Hill Rd**
**Dover-Foxcroft, ME 04426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ian Vancil**
**8 Lashua Rd**
**Ashburnham, MA 01430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isaiah Montero**
**5 Rita Street**
**New Palts, NY 12561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jack Davis**
**816 Grade St**
**Kelso, WA 98626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Carvalho**
**40 Tamarack Dr**
**Plymoth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Hawkes**
**9712 NE 43rd Ave**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**James Shawher**
**2186 City View**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jamie Fimbres**
**6811 Avenida Cala**
**Rohnert Park, CA 94928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jamie Russell**
**7905 NE Mason St**
**Portland, OR 97218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jamie Schenk**
**4046 Western**
**Detroit, MI 48210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jantzen Beach Hydroponics**
**909 N Tomahawk Island Dr. Ste 103**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|--------|--------------------------|------------------------|---|
| | Name | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jared Anderson**
**3669 Alexia Pl**
**San Diego, CA 92116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jared Toogood**
**21617 N 9th Ave**
**Pheonix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason Bivens**
**12727 South Page**
**Calumet Oark, IL 60827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason Holck**
**1895 S. Adams St**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason Roy**
**8090 Kronos Dr Unit B**
**Anchorage, AK 99502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jason Schaer**
**5171 Sulfur Dr**
**Junepa Valley, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Javier Sanchez**
**P.O. Box 3130**
**Big Bear City, CA 92314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Clark**
**42417 Waterford Way**
**Quartz Hill, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeff Yonts**
**10450 Haven Ct**
**St. Helen, MI 48656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeffery Tilton**
**7204 Barkentine St**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeffrey Turner**
**7114 Lakeshore Dr**
**Roulett, TX 75089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeremiah Evans**
**5950 NE 52nd**
**Portland, OR 97218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jesse Wilk**
**59359 Annah Dr**
**New Hudson, MI 48165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jo C. Reed**
**177 Kinbrook Lane**
**Weatherford, TX 76087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117** | Nonpriority creditor's name and mailing address

**John Butler**
**P.O. Box 175**
**Echo, OR 97826**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address

**John Heitz**
**1505 Tucker Rd**
**Hood River, OR 97031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address

**John Hudson**
**1537 Fulton Ave**
**Sacramento, CA 95825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address

**John L. Ray**
**10572 Mossrock Run**
**Littleton, CO 80125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address

**Jon Sutton**
**39 Old Chimney Rd**
**Upper Saddle River, NJ 07458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address

**Jonathan Covert**
**441 Chiquita Lane**
**Estes Park, CO 80517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address

**Jonathan Evans**
**P.O. Box 285**
**Chicago Park, CA 95712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Johnston**
**96 Mill Bridge Road**
**Greenbrier, AR 72058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Morgan**
**11668 Paintbrush Lane**
**Pocatello, ID 83202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathon Smith**
**6656 So Wabash Ave**
**Chicago, IL 60637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jordan Klass**
**5216 SE Knapp St**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jordan McNeil**
**719 Winnepeg Dr**
**Colorado Springs, CO 80910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Quintana**
**4929 N Opal Ave**
**Norridge, IL 60706-3219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josef Sebestyen**
**729 Stepney St**
**Inglewood, CA 90302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Plouffe**
**304 Coc St**
**Woonsocket, RI 02895**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:    **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Correia**
**35 Vernon St**
**Warren, RI 02885**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:    **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua Rutherford**
**6190 Portal Way**
**Ferndale, WA 98248**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:    **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josiah Gordon**
**1387 E. South Boulder Rd Unit D**
**Louisville, CO 80027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:    **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joy McEwen**
**P.O. Box 291**
**Cave Junction, OR 97523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:    **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juatin Tardio**
**29 S. Beach Rd**
**Harrison, ME 04040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:    **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin**
**5926 S. Jellison St.**
**Lettleton, CO 80123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:    **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Justin Bickston
2718 N Division
Spokane, WA 99207

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Justin Sherwood
P.O. Box 1135
Pine Valley, CA 91962

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kaleb Culver
5000 Holland Loop Rd
Cave Junction, OR 97523

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Katherine Zopfi
221 W. 4th Ave
Flint, MI 48503

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Keith Bouchard
9751 w 105th ave
Westminster, CO 80021

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Keren Kroll
3460 Colorado Ave B-14
Boulder, CO 80303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kevan Lesher
2736 Via Dieguenos
Alpine, CA 91901

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Kevid Redira
6765 Val Verde Ave
Buena Park, CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Kevin Longo
4 Casita
Pueblo, CO 81005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Kim Presthott
43451 Kindstonlyons Dr SE
Stayton, OR 97383

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Kolten Rydborn
453 Industrial Dr Unit D
Fort Collins, CO 80524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Latif Horst
407 Peregrine Lane
Soquel, CA 95073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Laura Prosser
1540 Lake View Rd P.O. Box 804
Stevenson, WI 98648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Layne Tanove
860 Saratoga Ave #107
San Jose, CA 95129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Lee Spivey
1486 Lakeshore Dr
Selma, OR 97538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Leigh Duggan
P.O. Box 731
Mammoth Lakes, CA 93546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Leo Valenzuela
4666 Tango Way
San Jose, CA 95111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Lesa Collier
334 Hadley Rd
Republic, WA 99166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Levi Knoebel
3749 Long Branch
Edwardville, IL 62025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Lilach Power
21617 N 9th Ave
Pheonix, AZ 85027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Linda McNulty
P.O. Box 5645
Colfax, CA 95713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Loren Unick**
4159 Hannegan Rd
Bellingham, WA 98226

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Loretta Baher**
13716 S. Rock Creek Lane
Haines, OR 97833

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luis Alberto Garibay**
438 N Alice Street
Stockton, CA 95205

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luke Manno**
1536 S. Elmwood
Berwyn, AZ 60402

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lyn Bishop**
1182 Plantation Road
Elberton, GA 30635

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeline M Thomas**
88680 McVay Hwy
Eugene, OR 97405

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manuel Garcia**
4632 W. Vassar Ave
Fresno, CA 93722

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166** | Nonpriority creditor's name and mailing address

**Mara Ortiz**
**Res Ponce De Lea 493**
**Poce, PA 00717**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address

**Marc Bunell**
**30 Old Worcester**
**Charlton, MA 01507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address

**Margaret Greenley**
**21373 State Highway 175 #343**
**Middleton, CA 95461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address

**Mark Rittenbach**
**P.O.Box 231**
**Georgetown, CO 80444**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address

**Martha Sundara**
**P.O. Box 757**
**Carpinteria, CA 93014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address

**Mary Murray**
**13 Cambria Rd East**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address

**Mateo Mohan**
**14253 W Notre Dame St**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Hurlely**
**22654 Stephanie CT**
**Brawnstaen TWP, MI 48134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Lawrence**
**13480 Harrison Ct**
**Thorton, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Rosinteo**
**1314 Norwood**
**Niles, MI 49120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matthew Terenna**
**305 Ridge Way**
**Farmington, NH 03835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maxwell Martin**
**E 2999 Gilliand Rd**
**Trenary, MI 49891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Megan Pelham**
**729 1/2 Florida Street**
**Vellajo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Merrick Spiers**
**P.O. Box 53**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael Bryant**
5926 S. Jellison St.
Littleton, CO 80123

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Guardian pesticide purchaser - NOTICE ONLY_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael Daly**
479 Fulton St. Apt 11
Farmingdale, NY 11735

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Guardian pesticide purchaser - NOTICE ONLY_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael Eaton**
156 Ripley St
Cararillo, CA 93010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Guardian pesticide purchaser - NOTICE ONLY_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael Fowlkes**
1019 E 10th
Pueblo, CO 81001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Guardian pesticide purchaser - NOTICE ONLY_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael Govoni**
13 Heath St.
Brunswic, ME 04011

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Guardian pesticide purchaser - NOTICE ONLY_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael Leago**
3620 Walnut St
Boulder, CO 80301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Guardian pesticide purchaser - NOTICE ONLY_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|---|---|---|

**Michael Long**
3291 Pleasant Valley
Prescott, AZ 86305

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Guardian pesticide purchaser - NOTICE ONLY_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Michael Olariu**
**14080 Henry Ruff**
**Livonia, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Michael Scott**
**285 Hickory St**
**Camano Island, WA 98282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Michael Snyder**
**240 Sheffield Way**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Michael Woltz**
**60 Highgate Ave**
**Buffalo, NY 14214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,950.00**

**Mike Delamater**
**4774 W. Rockton Road**
**Rockton, IL 61072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insider loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mike Higgins**
**205 Norlen St**
**Las Vegas, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mike Marsh**
**34607 Pillsburg Rd**
**St. Helens, OR 97051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Walsh**
**1420 8th Street #1207**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitch Wilcoxon**
**3813 Resurrection Dr**
**Anchorage, AK 99504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitchel Murner**
**1920 Rockafeller Ave Unit 1**
**Everette, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mojave Richmond**
**33052 Decker School Rd**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Monte Drake**
**1651 NE 76th Ave**
**Portland, OR 97213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mt. Hood Garden Supply**
**19959 SE Burnside Street**
**Portland, OR 97233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Neale Ackley**
**1242 C St.**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.201**
Nonpriority creditor's name and mailing address

Neil Clementson
1095 SW Plum Dr
Portland, OR 97219

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.202**
Nonpriority creditor's name and mailing address

Nicole LaLime
13441 Brady Road
Grass Valley, CA 95945

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203**
Nonpriority creditor's name and mailing address

Nicole Soos
2515 Carla Dr
Loveland, CO 80537

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204**
Nonpriority creditor's name and mailing address

Nicole Wilson
14 Lakeville Rd Apt 12A
Jamacia Plain, MA 02130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205**
Nonpriority creditor's name and mailing address

Niel Cramer
P.O. Box 15
Winchester, CA 92596

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206**
Nonpriority creditor's name and mailing address

Nikolai Wunderlin
3106 Green Mountain Road
Kalama, WA 98625

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207**
Nonpriority creditor's name and mailing address

Nuvio Aquino
2219 S Jason St.
Denver, CO 80223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **All In Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Omar**
**1347 N. Vallejo Way**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Omar Borquez**
**1347 N Vallejo Way**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oregon Dept. of Agriculture**
**c/o Dale L. Mitchell**
**635 Capital Street NE**
**Salem, OR 97301-2532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ODA Pesticides Case No. 160256 - NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oregon's Constant Gardener**
**2053 Laura Street**
**Springfield, OR 97477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oregon's Only Organics**
**3661 Olympic Street**
**Springfield, OR 97478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oscar Cueva**
**1129 Bennett Ave Apt 101**
**Colorado Springs, CO 80909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Powers**
**9855 Pennsylvania DR**
**Thorton, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215** | Nonpriority creditor's name and mailing address

**Paul Gidez**
**P.O. Box 585**
**Saxtons River, VT 05154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.216** | Nonpriority creditor's name and mailing address

**Paul Smythe**
**3418 Kalua Road**
**Honolulu, HI 96816**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.217** | Nonpriority creditor's name and mailing address

**PCHydro**
**4147 Sepulveda Blvd**
**Culver City, CA 90230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.218** | Nonpriority creditor's name and mailing address

**Pete Gonzalez**
**1533 Earl Street**
**Philadelphia, PA 19125**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.219** | Nonpriority creditor's name and mailing address

**Pete Gonzalez**
**2507 E. Westmoreland**
**Philidelphia, PA 19134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.220** | Nonpriority creditor's name and mailing address

**Phil Burton**
**15807 Pine Valley Rd**
**Pine, CO 80470**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.221** | Nonpriority creditor's name and mailing address

**Phil Wollin**
**1988 Salvation St.**
**Las Vegas, NV 89115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PorkChop**
**1120 Roddy Way**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quan Nguyen**
**1837 Main St.**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rachel Jones**
**7410 N New York Ave**
**Portland, OR 97203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raeeda Cassavaugh**
**3225 Tyler Lane**
**Traverse City, MI 49684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rafael Ibaibarriaga**
**837 Meadow Glen Ct**
**Reno, NV 89519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ralph Lantis**
**2017 South Rd**
**Pueblo, CO 81006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ralph Makowski**
**247 Whiteport Rd**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.229** | Nonpriority creditor's name and mailing address
Randy Conner
1210 NE 167th St
Ridgefield, WA 98642

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address
Randy Recknagle
6916 Foster St SW
Lakewood, WA 98499

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address
Reid Rodgers
11564 SW Pacific Hwy Unit B
Tigard, OR 97223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address
Reyes
2043 Santa Rose Way
Stockton, CA 95209

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address
Rich Meyers
145 1/2 Grove St
Fort Bragg, CA 95437

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address
Rich Vichers
11303 German Church Rd
Willow Springs, IL 60480

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address
Rick Ells
6037 St Erick St
Milwaukee, OR 97222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Robby Allrutz
30033 SE Judd Rd
Eagle Creek, OR 97022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Robert Kenyon
33907 S Gerards Rd
Kennewich, WA 99337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Robert Lincecum
1880 Fairhill Dr
Roseburg, OR 97471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Robert Peterson
38422 Saddle Mountain Lane
Crawford, CO 81415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Roberta Lydell
33907 S Gerards Rd
Kennewick, WA 99337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Roger McKenzie
204504 E. 26th Ave
Knnewick, WA 99337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Roger Ware
126 Douglas Lane
Farmington, ME 04938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.243**

Nonpriority creditor's name and mailing address

**Ron Yang**
**2420 Walton Blvd**
**Waterford, MI 48329**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.244**

Nonpriority creditor's name and mailing address

**Roots Garden Supply**
**6850 Interstate Avenue**
**Tigard, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.245**

Nonpriority creditor's name and mailing address

**Roots Garden Supply**
**6850 Interstate Avenue**
**Tigard, OR 97223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.246**

Nonpriority creditor's name and mailing address

**Roseanna Mollica**
**2850 N Palm Aire Dr Apt 401**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.247**

Nonpriority creditor's name and mailing address

**Ross Raterink**
**10740 Bridgewater Drive**
**Zeeland, MI 49464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.248**

Nonpriority creditor's name and mailing address

**Royce Gibson**
**17281 E Adams Ave**
**Parlier, CA 93648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.249**

Nonpriority creditor's name and mailing address

**Ruben Gomey**
**1018 Madison Ave**
**Red wood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.250**

Nonpriority creditor's name and mailing address

**Ryan**
**51 Grove Rd**
**Leminster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.251**

Nonpriority creditor's name and mailing address

**Ryan Bledsoe**
**P.O. Box 2411**
**New Port, OR 97366**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.252**

Nonpriority creditor's name and mailing address

**Ryan Carr**
**20 Norris St**
**Waraham, MA 02571**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.253**

Nonpriority creditor's name and mailing address

**Ryan Griegio**
**41 N Precision Dr**
**Pueblo West, CO 81007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.254**

Nonpriority creditor's name and mailing address

**Ryan Nelson**
**5320 Colorado Ave Unit B**
**Washington, DC 20011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.255**

Nonpriority creditor's name and mailing address

**Ryan Shultz**
**945 Taraval St. #408**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.256**

Nonpriority creditor's name and mailing address

**Sara Gardner**
**312 Twin Lakes Dr**
**Las Vegas, NV 89107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sara Hammond
9105 Elk Creek Rd
Trail, OR 97541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sarah Pelot-Hobbs
8526 13th Ave NW
Seattle, WA 98117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Scott Berberian
4535 Octagon Road
Tully, NY 13159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Scott Franklin
P.O Box 4381
West Richland, WA 99353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Scott Ratzlaff
360 E.Maxwell Ave
Raton, NM 87740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sean Mullen
46-469 Holokaa St
Kaneohe, HI 96744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Sergio Corona
9806 Bartley Ave
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sharla Gravelle**
6520 Saddlebred Ln
Pasco, WA 99301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Simon Flaherty**
P.O. Box 360
Etna, CA 96027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sky High Garden Supply**
7410 N. New Yourk Avenue
Portland, OR 97233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sm Hussain**
5945 Chandler Court
Santa Rosa, CA 95409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sonja Maimore**
11522 Springfield Rd
North Lima, OH 44452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stacy Ramsay**
100 Barnes St.
Fall River, MA 02723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Remmers**
19 Brook Hill Rd
East Haddam, CT 06423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Guardian pesticide purchaser - NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number *(if known)* |
|--------|--------------------------|--------------------------|
| | Name | |

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----|-----|-----|

**Steve Arcangeli**
**28706 John**
**Madison Heights, MI 48071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----|-----|-----|

**Steven Skelton**
**9825 E Twin Spurs Ln**
**Florence, AZ 85132**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----|-----|-----|

**Super Farm LLC**
**3885 S. Grant St**
**Englewood, CO 80113**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----|-----|-----|

**Susan Harrison**
**632 Rockingham Rd**
**Gray, TN 37615**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----|-----|-----|

**Synergistic Garden Alliance**
**165 22nd Street**
**Denver, CO 80205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----|-----|-----|

**Taber Cowlishaw**
**6837 w. 2nd Ave**
**Kennewick, WA 99336**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|-----|-----|-----|

**Tammy Brown**
**7242 SE Drake St**
**Hillsboro, OR 97123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thanh Nguyen**
**3202 Ley Burn Dr**
**Rosemead, CA 91770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tia Baird**
**1040 Dewey Ave**
**Baker City, OR 97814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tim Hickman**
**1819 Moorsville PK**
**Culleoka, TN 38451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tim Spargo**
**2826 Minford St**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tina Pettaway**
**1102 El Camino Rd #111**
**Euless, TX 76040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Todd Bowman**
**197 Springset Dr. Apt 2D**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom Spargo**
**2826 Minford St**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All In Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285** | **Nonpriority creditor's name and mailing address**

**Tommy McCathron**
**325 E. Grand River Avenue**
**Fowlerville, MI 48836**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insider loan**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.286** | **Nonpriority creditor's name and mailing address**

**Tony Reales**
**36652 Arbolada Lane**
**Palmdale, CA 93550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287** | **Nonpriority creditor's name and mailing address**

**Travis Baeumel**
**16734 Wapak Cridersville Rd**
**Wapakoneta, OH 45895**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.288** | **Nonpriority creditor's name and mailing address**

**Travis Layton**
**6 Blackberry St**
**Norfolk, CT 06058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.289** | **Nonpriority creditor's name and mailing address**

**United States EPA Region 5**
**c/o Mardi Klevs**
**77 W. Jackson Blvd.**
**Chicago, IL 60604-3590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Guardian Pesticide recall claim - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290** | **Nonpriority creditor's name and mailing address**

**Ursula Amadahl**
**3858 Pennsylvania St #95**
**Longview, WA 98632**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.291** | **Nonpriority creditor's name and mailing address**

**Vicente Rodriguez**
**3016 Green Mountain RD**
**Kalama, WA 98625**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Guardian pesticide purchaser - NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | All In Enterprises, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.292** | **Nonpriority creditor's name and mailing address**
Victor Brawn
253 Briscoe
Jackson, MI 49203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.293** | **Nonpriority creditor's name and mailing address**
Vital Organics Northwest
1524 McKinley St
Eugene, OR 97402

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.294** | **Nonpriority creditor's name and mailing address**
Will Dickey
2630 SE 78th Ave
Portland, OR 97206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.295** | **Nonpriority creditor's name and mailing address**
Willamette Indoor Garden Supply
405 Beavercreek Road
Oregon City, OR 97045

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.296** | **Nonpriority creditor's name and mailing address**
Yadel Mulugeta
445 Federal Blvd
Denver, CO 80204

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.297** | **Nonpriority creditor's name and mailing address**
Zach Aiken
18118 67th Ave
Arlington, WA 98223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.298** | **Nonpriority creditor's name and mailing address**
Zachary Branson
2821 N Niagara Circle
Grand Junction, CO 81501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Guardian pesticide purchaser - NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 43 of 44

| Debtor | **All In Enterprises, Inc.** | Case number (if known) | |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 33,950.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 33,950.00 |

**Fill in this information to identify the case:**

Debtor name        **All In Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

| Debtor name | **All In Enterprises, Inc.** |
| --- | --- |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Mike Delamater** | **4774 W. Rockton Road**<br>**Rockton, IL 61072** | **Attorney Andrew C. DeWeese** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.2 | **Thomas McCathron** | **325 E. Grand River Avenue**<br>**Fowlerville, MI 48836** | **Attorney Andrew C. DeWeese** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name        **All In Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$241,236.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **All In Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Various Customers** | **Numerous sales refunds of Guardian Pesticides throughout Pacific Northwest** | | $0.00 |
| **Baker Botanicals**<br>**3797 10th Street**<br>**Baker City, OR 97814** | **Received refund for Guardian pesticide products** | | $0.00 |
| **Bend Indoor Garden Station**<br>**35 NW Bond Street**<br>**Bend, OR 97701** | **Received refund for Guardian pesticide products** | | $0.00 |
| **Emerald Valley Gardens**<br>**88680 McVay Hwy.**<br>**Eugene, OR 97405** | **Received refund for Guardian pesticide products** | | $0.00 |
| **Willamette Indoor Garden Supply**<br>**405 Beavercreek Road**<br>**Oregon City, OR 97045** | **Received refund for Guardian pesticide products** | | $0.00 |
| **Biological Crop Solutions**<br>**4543 S. Pacific Hwy.**<br>**Phoenix, OR 97535** | **Received refund for Guardian pesticide products** | | $0.00 |
| **Bloom Garden Supply**<br>**518 NE 20th Avenue**<br>**Portland, OR 97232** | **Received refund for Guardian pesticide products** | | $0.00 |
| **Mt. Hood Garden Supply**<br>**19959 SE Burnside Street**<br>**Portland, OR 97233** | **Received refund for Guardian pesticide products** | | $0.00 |
| **Sky High Garden Supply**<br>**7410 N. New Yourk Avenue**<br>**Portland, OR 97233** | **Received refund for Guardian pesticide products** | | $0.00 |
| **Grow World**<br>**17410 SE Division Street**<br>**Portland, OR 97236** | **Received refund for Guardian pesticide products** | | $0.00 |

Debtor   **All In Enterprises, Inc.**
Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Green Solutions Garden Supply**<br>**628 SW Glacier Avenue**<br>**Redmond, OR 97756** | **Received refund for Guardian pesticide products** | | **$0.00** |
| **Oregon's Constant Gardener**<br>**2053 Laura Street**<br>**Springfield, OR 97477** | **Received refund for Guardian pesticide products** | | **$0.00** |
| **Oregon's Only Organics**<br>**3661 Olympic Street**<br>**Springfield, OR 97478** | **Received refund for Guardian pesticide products** | | **$0.00** |
| **Roots Garden Supply**<br>**6850 Interstate Avenue**<br>**Tigard, OR 97223** | **Received refund for Guardian pesticide products** | | **$0.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Bradley Lillie v. All In Enterprises, Inc.**<br>**16-CV-04027** | **Civil Class Action** | **Multnomah County Court**<br>**1021 SW Fourth Avenue**<br>**Portland, OR 97204-1123** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Benjamin Efran v. All In Enterprises, Inc., et al.**<br>**16CV22272** | **Class action suit** | **Multnomah County Court**<br>**1021 SW 4th Avenue**<br>**Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **All In Enterprises, Inc.** | | Case number *(if known)* | |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BARRICK SWITZER LAW OFFICE**<br>**6833 Stalter Drive**<br>**Rockford, IL 61108** | **Attorney Fees** | **March 21, 2016, June 9, 2016** | **$2,835.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **All In Enterprises, Inc.**                                        Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Tommy McCathron 325 E. Grand River Avenue Fowlerville, MI 48836** | **2007 Chrysler vehicle (may still be in Tom McCathron's possession)** | **2015** | **$6,000.00** |
| **Relationship to debtor Insider** | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor    **All In Enterprises, Inc.**                                   Case number *(if known)*_____

case.

■  None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **All In Enterprises, Inc.**                                        Case number *(if known)* _____

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Lindstrom, Sorenson & Associates, CPA**<br>**3815 N. Mulford Road**<br>**Rockford, IL 61114** | **2014 through 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27.  Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cody Hall** | **7932 Holly Street**<br>**Brighton, MI 48114** | **Co-Owner** | **1/3 interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mike Delamater** | **4774 W. Rockton Road**<br>**Rockton, IL 61072** | **Co-Owner** | **1/3 interest** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **All In Enterprises, Inc.**                                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Tommy McCathron | 325 E. Grand River Avenue Fowlerville, MI 48836 | Co-Owner | 1/3 interest |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Tommy McCathron 325 E. Grand River Avenue Fowlerville, MI 48836 | $5,520.00; $15,500.00; $8,000.00; $13,000.00 | June 2015; September 2015; October 2015; December 2015 | Various advances and draws |
| | **Relationship to debtor** Member | | | |
| 30.2. | Mike Delamater 4774 W. Rockton Road Rockton, IL 61072 | $12,000.00; $4,000.00; $5,000.00 | September 2015; November 2015; December 2015 | Expense reimbursements/loan repayments |
| | **Relationship to debtor** Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor   **All In Enterprises, Inc.**                                      Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August  8, 2016**

**/s/ Michael Delamater**                              **Michael Delamater**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **All In Enterprises, Inc.**                                   Case No. _____

                                                    Debtor(s)          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **2,500.00** |
    | Prior to the filing of this statement I have received | $ | **2,500.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August  8, 2016**                            **/s/ Jason H. Rock**
*Date*                                         **Jason H. Rock**
                                               *Signature of Attorney*
                                               **BARRICK SWITZER LAW OFFICE**
                                               **6833 Stalter Drive**
                                               **Rockford, IL 61108**

                                               _____
                                               *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re  **All In Enterprises, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                   **300**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **August  8, 2016**

**/s/ Michael Delamater**
**Michael Delamater/Secretary**
Signer/Title

Abbie Ferguson
5320 Colorado Ave Unit B
Washington, DC 20011

Adam Price
41501 Sandlewood PL
Lancaster, CA 93536

Adrian Blackwell
3201 E. Mulberry Unit K.
Fort Collins, CO 80524

Ahren Osterbrink
1509 W 5th Ave
Eugene, OR 97402

Ajs Gardening
P.O. Box 6
Aberdeen, WA 98520

Alex Ganos
4543 S. Pacific Hwy
Pheonix, OR 97535

Alonso Perey
14331 Brady Rd
Grass Valley, CA 95945

Andrea Walker
10050 Arapahoe Road
Lafayette, CO 80026

Andrew C. DeWeese
4531 SE Belmont S. #207
Portland, OR 97215

Andrew Deslauriers
P.O. Box 870207
Wasilla, AK 99687

Andrew Holley
9732 Bienville Ave
Anaheim, CA 92804

Annette Laurie
3615 N Arlington Place
Portland, OR 97217


Anthony Ferro
12117 Clover Creek Drive SW
Lakewood, WA 98499


Anthony Prince
15 Conchita Ct
Pacifica, CA 94044


Ashley Beaudoin
35 NW Bond
Bend, OR 97703


Attorney Andrew C. DeWeese
4531 SE Belmont Street, Suite 207
Portland, OR 97215


Baker Botanicals
3797 10th Street
Baker City, OR 97814


Battle Born Hydroponics
1630 Merchant St.
Sparks, NV 89431


Bayside Garden Supply
4061 Hwy 101 Suite 6
Eureka, CA 95503


Ben Campbell
P.O Box 3205
Kerby, OR 97531


Ben Wilkes
28 Little Lane
Chatham, MA 02633


Bend Indoor Garden Station
35 NW Bond Street
Bend, OR 97701

Benjamin Campbell
P.O Box 3205
Kerby, OR 97531


Bernie Silvers
P.O. Box 55
Kit Carson, CO 80825


Billy Bohard
2771 Covington Way
Montrose, CO 81401


Biological Crop Solutions
4543 S. Pacific Hwy.
Phoenix, OR 97535


Bloom Garden Supply
518 NE 20th Avenue
Portland, OR 97232


Bloom Garden Supply
518 NE 20th Ave
Portland, OR 97232


Bonny Fleuscher
3530 Ridgeland RD
Davie, FL 33328


Boris Gorovatsky
7650 Lankershim Blvd
North Hollywood, CA 91605


Boris Nizon
4701 Grand Ave
Ojai, CA 93023


Brad Barker
8607 Cord Dr
Paso, WA 99301


Brandon Hermansley
460 N. Switzer Canyon Rd
Flaggstaff, AZ 86001

Brandon Key
3413 Ellis Park DR
Burton, MI 48519


Brandon Pappas
5225 Columbia Road
Medina, OH 44256


Brian Baca
99 Clear Creek Loop
Durango, CO 81301


Brian Bingoso
8654 SE 155 Ave
Happy Valley, OR 97086


Brian Gabriel
29700 SE High Way Point Way
Issaquah, WA 98027


Brian Miller
18001 Lathers
Livonia, MI 48152


Brian Reiter
5485 SE 65th Ave
Portland, OR 97206


Brian Thrasher
8793 Hemet Street
Hesperia, CA 92344


Caged Tomato
P.O. Box 137171
Fort Worth, TX 76136


Carlee Fiedor
9810 Tieton Dr
Yakima, WA 98908


Carlos Stricker
6850 N Interstate Ave
Portland, OR 97217

Caryn Fieger
P.O.Box 884
Brandon, OR 97411


Chad Northcraft
130 NE Jorgen St
Winston, OR 97496


Charles Arnold
409 Middle St.
Chelsea, MKI 48118-0000


Charles Turcich
11601 Wilshire Blvd Suite 950
Los Angeles, CA 90025


Chetan Ranchod
25 North Via Monte
Walnut Creek, CA 94598


Christi LeBlanc
1919 Cielo Oeste Pl NW
Albuquerque, NM 87120


Clay Knight
26140 Calvert Ave
Hemet, CA 92545


Cody Buck
260 Cobalt St
Obrien, OR 97534


Cole Whitaker
2694 CR 222 Unit B
Durango, CO 81303


Craig Medley
1343 Commercial St. SE
Salem, OR 97302


Daniel Goodrich
6526 Hosmer Ave
Cleveland, OH 44105

Daniel McLean
8627 Monument Dr
Grants Pass, OR 97526


Dave Spillman
1250 N Plaza Way Ste A
Flaggstaff, AZ 86001


David
6511 Ebensburg Ln
Dublin, CA 94569


David Grossman
7113 N Standard St
Spokane, WA 99208


David Walton
2309 E. Galbraith Rd
Cincinati, OH 45327


Debbie Crowley
233 SE 130th Dr
South Beach, OR 97366


Debra St Claire
1170 Dixon Rd
Boulder, CO 80302


Deva Mcadams
741 Kerryjen Ct Apt B
Redding, CA 96002


Dimitry Ginpilson
15640 Hillview Lane
Granada Hills, CA 91344


Don Edwards
1564 Burns St
West Linn, OR 97068


Donna West
16650 Union St. #7
Victoriaville, CA 92395

Doug Demers
1631 Lysander
Detroit, MI 48208


Drashon Thomas
131 Kramer St
Rochester, NY 14623


Drew Miller
3201 E. Mulberry Unit K.
Fort Collins, CO 80524


Dyran Stalling
262 New Blossom St
Henderson, NV 89074


Ed Bernal
2180 Lassen Suite A
Chatsworth, CA 91311


Edward Waldron
3446 Golden Sage Dr
North Las Vegas, NV 89032


Edwin DePrist
206 Crest Drive
Log Lane Village, CO 80705


Emerald Valley Gardens
88680 McVay Hwy.
Eugene, OR 97405


Eric Petty
1103 Darnaby Way
Orlando, FL 32824


Eric Sudall
130 Garden St
Lansing, MI 48910


G. Paxton
313 Thayer Drive
Richland, WA 99352

Gail Smith
2660 Fredrick Douglas Blvd #19L
New York, NY 10030


Garrett Haag
9780 SW 90th Ave
Portland, OR 97223


Garrett Miller
8333 Kamelia Court
Elk Grove, CA 95624


George Jones
14918 Davis Ave
Davis, CA 95422


Gerardo Merino
9273 Nugent Trail
West Palm Beach, FL 33411


Graham Reed
P.O. Box 4316
Basalt, CO 81621


Green Solutions
628 SW Glacier Ave Ste 150
Redmond, OR 97756


Green Solutions Garden Supply
628 SW Glacier Avenue
Redmond, OR 97756


Green Spot
711 State Ave
Alamosa, CO 81101


Gregory Waits
2855 Cooks Road
Santa Fe, NM 87507


Griselda Mariscal
110 Woodland Trail
Gun Barrel City, TX 75156

Grow World
17410 SE Division Street
Portland, OR 97236


Grow World
17410 SE Division Street
Portland, OR 97236


Herbert Carver
4532 SE 63rd Ave
Portland, OR 97206


Ian Vancil
54 Gray Hill Rd
Dover-Foxcroft, ME 04426


Ian Vancil
8 Lashua Rd
Ashburnham, MA 01430


Isaiah Montero
5 Rita Street
New Palts, NY 12561


Jack Davis
816 Grade St
Kelso, WA 98626


James Carvalho
40 Tamarack Dr
Plymoth, MA 02360


James Hawkes
9712 NE 43rd Ave
Vancouver, WA 98665


James Shawher
2186 City View
Eugene, OR 97405


Jamie Fimbres
6811 Avenida Cala
Rohnert Park, CA 94928

Jamie Russell
7905 NE Mason St
Portland, OR 97218


Jamie Schenk
4046 Western
Detroit, MI 48210


Jantzen Beach Hydroponics
909 N Tomahawk Island Dr. Ste 103
Portland, OR 97217


Jared Anderson
3669 Alexia Pl
San Diego, CA 92116


Jared Toogood
21617 N 9th Ave
Pheonix, AZ 85027


Jason Bivens
12727 South Page
Calumet Oark, IL 60827


Jason Holck
1895 S. Adams St
Denver, CO 80210


Jason Roy
8090 Kronos Dr Unit B
Anchorage, AK 99502


Jason Schaer
5171 Sulfur Dr
Junepa Valley, CA 91752


Javier Sanchez
P.O. Box 3130
Big Bear City, CA 92314


Jeff Clark
42417 Waterford Way
Quartz Hill, CA 93536

Jeff Yonts
10450 Haven Ct
St. Helen, MI 48656


Jeffery Tilton
7204 Barkentine St
Las Vegas, NV 89145


Jeffrey Turner
7114 Lakeshore Dr
Roulett, TX 75089


Jeremiah Evans
5950 NE 52nd
Portland, OR 97218


Jesse Wilk
59359 Annah Dr
New Hudson, MI 48165


Jo C. Reed
177 Kinbrook Lane
Weatherford, TX 76087


John Butler
P.O. Box 175
Echo, OR 97826


John Heitz
1505 Tucker Rd
Hood River, OR 97031


John Hudson
1537 Fulton Ave
Sacramento, CA 95825


John L. Ray
10572 Mossrock Run
Littleton, CO 80125


Jon Sutton
39 Old Chimney Rd
Upper Saddle River, NJ 07458

Jonathan Covert
441 Chiquita Lane
Estes Park, CO 80517


Jonathan Evans
P.O. Box 285
Chicago Park, CA 95712


Jonathan Johnston
96 Mill Bridge Road
Greenbrier, AR 72058


Jonathan Morgan
11668 Paintbrush Lane
Pocatello, ID 83202


Jonathon Smith
6656 So Wabash Ave
Chicago, IL 60637


Jordan Klass
5216 SE Knapp St
Portland, OR 97206


Jordan McNeil
719 Winnepeg Dr
Colorado Springs, CO 80910


Jose Quintana
4929 N Opal Ave
Norridge, IL 60706-3219


Josef Sebestyen
729 Stepney St
Inglewood, CA 90302


Joseph Plouffe
304 Coc St
Woonsocket, RI 02895


Joshua Correia
35 Vernon St
Warren, RI 02885

Joshua Rutherford
6190 Portal Way
Ferndale, WA 98248

Josiah Gordon
1387 E. South Boulder Rd Unit D
Louisville, CO 80027

Joy McEwen
P.O. Box 291
Cave Junction, OR 97523

Juatin Tardio
29 S. Beach Rd
Harrison, ME 04040

Justin
5926 S. Jellison St.
Lettleton, CO 80123

Justin Bickston
2718 N Division
Spokane, WA 99207

Justin Sherwood
P.O. Box 1135
Pine Valley, CA 91962

Kaleb Culver
5000 Holland Loop Rd
Cave Junction, OR 97523

Katherine Zopfi
221 W. 4th Ave
Flint, MI 48503

Keith Bouchard
9751 w 105th ave
Westminster, CO 80021

Keren Kroll
3460 Colorado Ave B-14
Boulder, CO 80303

Kevan Lesher
2736 Via Dieguenos
Alpine, CA 91901


Kevid Redira
6765 Val Verde Ave
Buena Park, CA 90621


Kevin Longo
4 Casita
Pueblo, CO 81005


Kim Presthott
43451 Kindstonlyons Dr SE
Stayton, OR 97383


Kolten Rydborn
453 Industrial Dr Unit D
Fort Collins, CO 80524


Latif Horst
407 Peregrine Lane
Soquel, CA 95073


Laura Prosser
1540 Lake View Rd P.O. Box 804
Stevenson, WI 98648


Layne Tanove
860 Saratoga Ave #107
San Jose, CA 95129


Lee Spivey
1486 Lakeshore Dr
Selma, OR 97538


Leigh Duggan
P.O. Box 731
Mammoth Lakes, CA 93546


Leo Valenzuela
4666 Tango Way
San Jose, CA 95111

Lesa Collier
334 Hadley Rd
Republic, WA 99166


Levi Knoebel
3749 Long Branch
Edwardville, IL 62025


Lilach Power
21617 N 9th Ave
Pheonix, AZ 85027


Linda McNulty
P.O. Box 5645
Colfax, CA 95713


Loren Unick
4159 Hannegan Rd
Bellingham, WA 98226


Loretta Baher
13716 S. Rock Creek Lane
Haines, OR 97833


Luis Alberto Garibay
438 N Alice Street
Stockton, CA 95205


Luke Manno
1536 S. Elmwood
Berwyn, AZ 60402


Lyn Bishop
1182 Plantation Road
Elberton, GA 30635


Madeline M Thomas
88680 McVay Hwy
Eugene, OR 97405


Manuel Garcia
4632 W. Vassar Ave
Fresno, CA 93722

Mara Ortiz
Res Ponce De Lea 493
Poce, PA 00717


Marc Bunell
30 Old Worcester
Charlton, MA 01507


Margaret Greenley
21373 State Highway 175 #343
Middleton, CA 95461


Mark Rittenbach
P.O.Box 231
Georgetown, CO 80444


Martha Sundara
P.O. Box 757
Carpinteria, CA 93014


Mary Murray
13 Cambria Rd East
Palm Beach Gardens, FL 33418


Mateo Mohan
14253 W Notre Dame St
Upland, CA 91786


Matthew Hurlely
22654 Stephanie CT
Brawnstaen TWP, MI 48134


Matthew Lawrence
13480 Harrison Ct
Thorton, CO 80241


Matthew Rosinteo
1314 Norwood
Niles, MI 49120


Matthew Terenna
305 Ridge Way
Farmington, NH 03835

Maxwell Martin
E 2999 Gilliand Rd
Trenary, MI 49891


Megan Pelham
729 1/2 Florida Street
Vellajo, CA 94591


Merrick Spiers
P.O. Box 53
Ashland, OR 97520


Michael Bryant
5926 S. Jellison St.
Littleton, CO 80123


Michael Daly
479 Fulton St. Apt 11
Farmingdale, NY 11735


Michael Eaton
156 Ripley St
Cararillo, CA 93010


Michael Fowlkes
1019 E 10th
Pueblo, CO 81001


Michael Govoni
13 Heath St.
Brunswic, ME 04011


Michael Leago
3620 Walnut St
Boulder, CO 80301


Michael Long
3291 Pleasant Valley
Prescott, AZ 86305


Michael Olariu
14080 Henry Ruff
Livonia, MI 48154

Michael Scott
285 Hickory St
Camano Island, WA 98282


Michael Snyder
240 Sheffield Way
Vallejo, CA 94591


Michael Woltz
60 Highgate Ave
Buffalo, NY 14214


Mike Delamater
4774 W. Rockton Road
Rockton, IL 61072


Mike Delamater
4774 W. Rockton Road
Rockton, IL 61072


Mike Higgins
205 Norlen St
Las Vegas, NV 89107


Mike Marsh
34607 Pillsburg Rd
St. Helens, OR 97051


Mike Walsh
1420 8th Street #1207
Golden, CO 80401


Mitch Wilcoxon
3813 Resurrection Dr
Anchorage, AK 99504


Mitchel Murner
1920 Rockafeller Ave Unit 1
Everette, WA 98201


Mojave Richmond
33052 Decker School Rd
Malibu, CA 90265

Monte Drake
1651 NE 76th Ave
Portland, OR 97213


Mt. Hood Garden Supply
19959 SE Burnside Street
Portland, OR 97233


Neale Ackley
1242 C St.
Salida, CO 81201


Neil Clementson
1095 SW Plum Dr
Portland, OR 97219


Nicole LaLime
13441 Brady Road
Grass Valley, CA 95945


Nicole Soos
2515 Carla Dr
Loveland, CO 80537


Nicole Wilson
14 Lakeville Rd Apt 12A
Jamacia Plain, MA 02130


Niel Cramer
P.O. Box 15
Winchester, CA 92596


Nikolai Wunderlin
3106 Green Moutnain Road
Kalama, WA 98625


Nuvio Aquino
2219 S Jason St.
Denver, CO 80223


Omar
1347 N. Vallejo Way
Upland, CA 91786

Omar Borquez
1347 N Vallejo Way
Upland, CA 91786


Oregon Dept. of Agriculture
c/o Dale L. Mitchell
635 Capital Street NE
Salem, OR 97301-2532


Oregon's Constant Gardener
2053 Laura Street
Springfield, OR 97477


Oregon's Only Organics
3661 Olympic Street
Springfield, OR 97478


Oscar Cueva
1129 Bennett Ave Apt 101
Colorado Springs, CO 80909


Patrick Powers
9855 Pennsylvania DR
Thorton, CO 80229


Paul Gidez
P.O. Box 585
Saxtons River, VT 05154


Paul Smythe
3418 Kalua Road
Honolulu, HI 96816


PCHydro
4147 Sepulveda Blvd
Culver City, CA 90230


Pete Gonzalez
1533 Earl Street
Philadelphia, PA 19125


Pete Gonzalez
2507 E. Westmoreland
Philidelphia, PA 19134

Phil Burton
15807 Pine Valley Rd
Pine, CO 80470


Phil Wollin
1988 Salvation St.
Las Vegas, NV 89115


PorkChop
1120 Roddy Way
La Habra, CA 90631


Quan Nguyen
1837 Main St.
Colorado Springs, CO 80906


Rachel Jones
7410 N New York Ave
Portland, OR 97203


Raeeda Cassavaugh
3225 Tyler Lane
Traverse City, MI 49684


Rafael Ibaibarriaga
837 Meadow Glen Ct
Reno, NV 89519


Ralph Lantis
2017 South Rd
Pueblo, CO 81006


Ralph Makowski
247 Whiteport Rd
Kingston, NY 12401


Randy Conner
1210 NE 167th St
Ridgefield, WA 98642


Randy Recknagle
6916 Foster St SW
Lakewood, WA 98499

Reid Rodgers
11564 SW Pacific Hwy Unit B
Tigard, OR 97223


Reyes
2043 Santa Rose Way
Stockton, CA 95209


Rich Meyers
145 1/2 Grove St
Fort Bragg, CA 95437


Rich Vichers
11303 German Church Rd
Willow Springs, IL 60480


Rick Ells
6037 St Erick St
Milwaukee, OR 97222


Robby Allrutz
30033 SE Judd Rd
Eagle Creek, OR 97022


Robert Kenyon
33907 S Gerards Rd
Kennewich, WA 99337


Robert Lincecum
1880 Fairhill Dr
Roseburg, OR 97471


Robert Peterson
38422 Saddle Mountain Lane
Crawford, CO 81415


Roberta Lydell
33907 S Gerards Rd
Kennewick, WA 99337


Roger McKenzie
204504 E. 26th Ave
Knnewick, WA 99337

Roger Ware
126 Douglas Lane
Farmington, ME 04938


Ron Yang
2420 Walton Blvd
Waterford, MI 48329


Roots Garden Supply
6850 Interstate Avenue
Tigard, OR 97223


Roots Garden Supply
6850 Interstate Avenue
Tigard, OR 97223


Roseanna Mollica
2850 N Palm Aire Dr Apt 401
Pompano Beach, FL 33069


Ross Raterink
10740 Bridgewater Drive
Zeeland, MI 49464


Royce Gibson
17281 E Adams Ave
Parlier, CA 93648


Ruben Gomey
1018 Madison Ave
Red wood City, CA 94061


Ryan
51 Grove Rd
Leminster, MA 01453


Ryan Bledsoe
P.O. Box 2411
New Port, OR 97366


Ryan Carr
20 Norris St
Waraham, MA 02571

Ryan Griegio
41 N Precision Dr
Pueblo West, CO 81007


Ryan Nelson
5320 Colorado Ave Unit B
Washington, DC 20011


Ryan Shultz
945 Taraval St. #408
San Francisco, CA 94116


Sara Gardner
312 Twin Lakes Dr
Las Vegas, NV 89107


Sara Hammond
9105 Elk Creek Rd
Trail, OR 97541


Sarah Pelot-Hobbs
8526 13th Ave NW
Seattle, WA 98117


Scott Berberian
4535 Octagon Road
Tully, NY 13159


Scott Franklin
P.O Box 4381
West Richland, WA 99353


Scott Ratzlaff
360 E.Maxwell Ave
Raton, NM 87740


Sean Mullen
46-469 Holokaa St
Kaneohe, HI 96744


Sergio Corona
9806 Bartley Ave
Santa Fe Springs, CA 90670

Sharla Gravelle
6520 Saddlebred Ln
Pasco, WA 99301


Simon Flaherty
P.O. Box 360
Etna, CA 96027


Sky High Garden Supply
7410 N. New Yourk Avenue
Portland, OR 97233


Sm Hussain
5945 Chandler Court
Santa Rosa, CA 95409


Sonja Maimore
11522 Springfield Rd
North Lima, OH 44452


Stacy Ramsay
100 Barnes St.
Fall River, MA 02723


Stephen Remmers
19 Brook Hill Rd
East Haddam, CT 06423


Steve Arcangeli
28706 John
Madison Heights, MI 48071


Steven Skelton
9825 E Twin Spurs Ln
Florence, AZ 85132


Super Farm LLC
3885 S. Grant St
Englewood, CO 80113


Susan Harrison
632 Rockingham Rd
Gray, TN 37615

Synergistic Garden Alliance
165 22nd Street
Denver, CO 80205


Taber Cowlishaw
6837 w. 2nd Ave
Kennewick, WA 99336


Tammy Brown
7242 SE Drake St
Hillsboro, OR 97123


Thanh Nguyen
3202 Ley Burn Dr
Rosemead, CA 91770


Thomas McCathron
325 E. Grand River Avenue
Fowlerville, MI 48836


Tia Baird
1040 Dewey Ave
Baker City, OR 97814


Tim Hickman
1819 Moorsville PK
Culleoka, TN 38451


Tim Spargo
2826 Minford St
Lancaster, CA 93536


Tina Pettaway
1102 El Camino Rd #111
Euless, TX 76040


Todd Bowman
197 Springset Dr. Apt 2D
Cary, NC 27513


Tom Spargo
2826 Minford St
Lancaster, CA 93536

Tommy McCathron
325 E. Grand River Avenue
Fowlerville, MI 48836


Tony Reales
36652 Arbolada Lane
Palmdale, CA 93550


Travis Baeumel
16734 Wapak Cridersville Rd
Wapakoneta, OH 45895


Travis Layton
6 Blackberry St
Norfolk, CT 06058


United States EPA Region 5
c/o Mardi Klevs
77 W. Jackson Blvd.
Chicago, IL 60604-3590


Ursula Amadahl
3858 Pennsylvania St #95
Longview, WA 98632


Vicente Rodriguez
3016 Green Mountain RD
Kalama, WA 98625


Victor Brawn
253 Briscoe
Jackson, MI 49203


Vital Organics Northwest
1524 McKinley St
Eugene, OR 97402


Will Dickey
2630 SE 78th Ave
Portland, OR 97206


Willamette Indoor Garden Supply
405 Beavercreek Road
Oregon City, OR 97045

Yadel Mulugeta
445 Federal Blvd
Denver, CO 80204


Zach Aiken
18118 67th Ave
Arlington, WA 98223


Zachary Branson
2821 N Niagara Circle
Grand Junction, CO 81501

# United States Bankruptcy Court
## Northern District of Illinois

In re  **All In Enterprises, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **All In Enterprises, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  8, 2016**

Date

**/s/ Jason H. Rock**

**Jason H. Rock**

Signature of Attorney or Litigant

Counsel for    **All In Enterprises, Inc.**

**BARRICK SWITZER LAW OFFICE**

**6833 Stalter Drive**
**Rockford, IL 61108**